KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*pro hac vice granted*)
  Edward Mullins (*pro hac vice granted*)
One Jefferson Road
Parsippany, NJ 07054
Telephone:    (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com

KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendants Sunrun Inc. and Clean Energy Experts, LLC d/b/a Solar America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05340-YGR<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** AND MAINTAINING MARCH 21, 2016 CASE MANAGEMENT CONFERENCE<br><br>Action Filed:   December 2, 2015<br>Trial Date:     None Set |

[PROPOSED] ORDER

The Court, upon consideration of the parties' Joint Stipulation to Extend Time to Respond to the First Amended Complaint ("FAC") and the Declaration of David C. Parisi, hereby finds good cause to ORDER the following:

The parties Joint Stipulation to Extend Time to Respond to the FAC is GRANTED. The last day for Defendants to respond to Plaintiffs FAC shall be extended to **March 28, 2016**. The case management conference currently set for March 21, 2016, remains on calendar.

IT IS SO ORDERED.

DATED: February 18, 2016

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

_____