1  KELLEY DRYE & WARREN LLP
   Lauri A. Mazzuchetti (*pro hac vice granted*)
2  Edward J. Mullins III (*pro hac vice granted*)
   One Jefferson Road, 2nd Floor
3  Parsippany, New Jersey 07054
   Telephone: (973) 503-5900
4  Facsimile:  (973) 503-5950
   lmazzuchetti@kelleydrye.com
5  emullins@kelleydrye.com

6  KELLEY DRYE & WARREN LLP
   Lee S. Brenner (State Bar No. 180235)
7  Catherine D. Lee (State Bar No. 258550)
   10100 Santa Monica Boulevard, 23rd Floor
8  Los Angeles, CA 90067-4008
   Telephone: (310) 712-6100
9  Facsimile:  (310) 712-6199
   lbrenner@kelleydrye.com
10 clee@kelleydrye.com

11 Attorneys for Defendants Sunrun Inc. and Clean Energy
   Experts, LLC
12

13                    **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

15

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated, | Case No. 4:15-cv-05340-YGR |
| | (Hon. Yvonne Gonzalez Rogers) |
| Plaintiff, | **DECLARATION OF SARA LONG IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS** |
| v. | |
| SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive, | [*Notice of Motion & Motion, Peelle Decl., Mazzuchetti Decl., and [Proposed] Order filed concurrently herewith*] |
| | TAC Filed:    July 12, 2016<br>Trial Date:    None Set |
| Defendants. | |

## DECLARATION OF SARA LONG

I, Sara Long, declare as follows:

1. I am the Senior Marketing Manager, Direct & Digital at Sunrun Inc. ("Sunrun"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have direct contact with third party vendors that provide leads to Sunrun. I have never heard of Sure Touch Leads / Leads Row ("Sure Touch"). Sunrun has no dealings or relationship with Sure Touch. Sunrun does not purchase any leads from Sure Touch.

3. Sunrun typically requests that third party vendors provide Sunrun with all names that they use during calls with leads. Sunrun is not aware of any third party vendor that uses the name "U.S. Solar" on calls with leads. Sunrun itself does not use the name "U.S. Solar" during calls with any leads.

4. Attached as Exhibit "A" is a true and correct copy of the relevant portion of a redacted copy of Sunrun's contract with Mediamix365.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _August 18_, 2016, in _Sacramento_, California.

_____
SARA LONG