| | |
|---|---|
| 1 | KELLEY DRYE & WARREN LLP |
| | Lauri A. Mazzuchetti (*pro hac vice granted*) |
| 2 | Edward J. Mullins III (*pro hac vice granted*) |
| | One Jefferson Road, 2nd Floor |
| 3 | Parsippany, New Jersey 07054 |
| | Telephone: (973) 503-5900 |
| 4 | Facsimile:  (973) 503-5950 |
| | lmazzuchetti@kelleydrye.com |
| 5 | emullins@kelleydrye.com |
| 6 | KELLEY DRYE & WARREN LLP |
| | Lee S. Brenner (State Bar No. 180235) |
| 7 | Catherine D. Lee (State Bar No. 258550) |
| | 10100 Santa Monica Boulevard, 23rd Floor |
| 8 | Los Angeles, CA 90067-4008 |
| | Telephone: (310) 712-6100 |
| 9 | Facsimile:  (310) 712-6199 |
| | lbrenner@kelleydrye.com |
| 10 | clee@kelleydrye.com |
| 11 | Attorneys for Defendants Sunrun Inc. and Clean Energy Experts, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated, | Case No. 4:15-cv-05340-YGR |
| | (Hon. Yvonne Gonzalez Rogers) |
| Plaintiff, | **DECLARATION OF DR. BEAU PEELLE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS** |
| v. | |
| SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive, | [*Notice of Motion & Motion, Mazzuchetti Decl., Long Decl., and [Proposed] Order filed concurrently herewith*] |
| | TAC Filed:     July 12, 2016 |
| Defendants. | Trial Date:    None Set |

DECLARATION OF DR. BEAU PEELLE

## DECLARATION OF DR. BEAU PEELLE

I, Dr. Beau Peelle, declare as follows:

1. I am Co-Founder and President of Clean Energy Experts, LLC ("CEE"). I oversee CEE's operations. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have gathered information from an authorized employee with personal knowledge that Epath Media ("Epath") has refused to provide CEE with the opt-in information associated with the call to Jeffrey Price that Epath transferred to CEE on April 2, 2014.

3. I have direct contact with third party vendors that provide leads to CEE. I have never heard of Sure Touch Leads / Leads Row ("Sure Touch"). CEE has no dealings or relationship with Sure Touch. CEE does not purchase any leads from Sure Touch.

4. CEE requests that third party vendors provide CEE with all names that they use during calls with leads. CEE is not aware of any third party vendor that uses the name "U.S. Solar" on calls with leads. CEE itself does not use the name "U.S. Solar" during calls with any leads.

5. Attached as Exhibit "A" is a true and correct copy of a redacted version of CEE's contract with Epath Media.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _18 August_, 2016, in _Los Angeles_, California.

_____
DR. BEAU PEELLE