UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYNN SLOVIN, et al., | |
|---|---|
| Plaintiffs, | Case No. 15-cv-05340-YGR |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| SUNRUN, INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO MAGISTRATE JUDGE CORLEY OF ALL DISCOVERY | |
| REFERRED FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | February 14, 2017 |
| PLAINTIFF CLASS CERTIFICATION MOTION FILED BY: | July 3, 2017; Hearing 8/8/2017 |
| Plaintiff Expert Reports: | March 31, 2017 |
| Defendant Expert Reports: | May 1, 2017 |
| Rebuttal Expert Reports: | May 22, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 3, 2017 at 9:01 a.m. Filing by February 24, 2017 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 21, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge