1  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
2  Suzanne Havens Beckman (SBN 188814)
3  shavens@parisihavens.com
   PARISI & HAVENS LLP
4  212 Marine Street, Suite 100
5  Santa Monica, CA 90405
   Telephone: (818) 990-1299
6  Facsimile: (818) 501-7852

7  Yitzchak H. Lieberman (SBN 277678)
   ylieberman@parasmoliebermanlaw.com
8  PARASMO LIEBERMAN LAW
9  7400 Hollywood Blvd, #505
   Los Angeles, CA 90046
10 Telephone: (917) 657-6857
   Facsimile: (877) 501-3346
11

12 *Attorneys for Plaintiffs Lynn Slovin,*
   *Samuel Katz, Jeffery Price, and*
13 *Justin Birkhofer, on their own*
   *behalf, and on behalf of all others*
14 *similarly situated*

15

16              **IN THE UNITED STATES DISTRICT COURT**
17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18 | LYNN SLOVIN, an individual, on her own       | **Case No. 4:15-cv-05340-YGR**
   | behalf and on behalf of all others similarly |
19 | situated,                                    |
20 |                                              | **DECLARATION OF SAMUEL KATZ**
   |              Plaintiff,                      |
21 |                                              | Hon. Jacqueline Scott Corley
   |              v.                              |
22 |                                              |
23 | SUNRUN, INC., a California corporation,      |
   | CLEAN ENERGY EXPERTS, LLC, a                 |
24 | California limited liability company doing   |
   | business as SOLAR AMERICA, and               |
25 | DOES 1-5, inclusive,                         |
26 |                                              |
   |              Defendants.                     |
27

28

   Declaration of Samuel Katz                    i

## DECLARATION OF SAMUEL KATZ

I, Samuel Katz, state and declare as follows:

1. I am over the age of 18 years. I am a named plaintiff in this lawsuit. I make this declaration in support of Plaintiffs' Letter Brief For Emergency Relief Regarding Altered and Manipulated Evidence Produced By Defendants.

2. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

3. I listened to the audio recording contained in the audio file produced by defendants and identified as DEFS0004093. I recognize it to be an unsolicited telemarketing call promoting solar products that I received on my residential telephone line on November 1, 2016, approximately seven months after I was added to this lawsuit as a named plaintiff.

4. I made a contemporaneous recording of the November 1 call. The audio file named PL000495 is a true and accurate copy of the recording I made of the November 1 call.

5. On January 21, 2016, I provided Defendants with my telephone numbers, including the residential number to which the November 1 call was made, and asked that these numbers be placed on the Defendants' Do Not Call list.

I declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

Dated this 12th day of January 2017 at Bellingham, Massachusetts

_____
SAMUEL KATZ

Declaration of Samuel Katz