1  PARISI & HAVENS LLP
   David C. Parisi (SBN 162248)
2  Suzanne Havens Beckman (SBN 188814)
   212 Marine Street, Suite 100
3  Santa Monica, CA 90405
   Telephone: (818) 990-1299
4  Facsimile: (818) 501-7852
   dparisi@parisihavens.com
5  shavens@parisihavens.com

6  *Attorneys for Plaintiffs Lynn Slovin, Samuel Katz,*
   *Jeffery Price, Justin Birkhofer on their own behalf,*
7  *and on behalf of all others similarly situated*

8  KELLEY DRYE & WARREN LLP
     Lauri A. Mazzuchetti (*pro hac vice granted*)
9    Edward J. Mullins III (*pro hac vice granted*)
   One Jefferson Road, 2nd Floor
10 Parsippany, New Jersey 07054
   Telephone:  (973) 503-5900
11 Facsimile:   (973) 503-5950
   lmazzuchetti@kelleydrye.com
12 emullins@kelleydrye.com

13 *Attorneys for Defendants Sunrun Inc. Inc. and Clean*
   *Energy Experts, LLC*
14
   [other counsel in signature block]
15
16              **UNITED STATES DISTRICT COURT**

17          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

18 LYNN SLOVIN, an individual, on her own        Case No. 4:15-cv-05340-YGR
   behalf and on behalf of all others similarly
19 situated,                                      (Hon. Yvonne Gonzalez Rogers)

20                        Plaintiff,              **STIPULATION TO CONTINUE DATES**

21          v.

22 SUNRUN, INC., a California corporation,        TAC Filed:       July 12, 2016
   CLEAN ENERGY EXPERTS, LLC, a                   Trial Date:      None Set
23 California limited liability company doing
   business as SOLAR AMERICA, and DOES 1
24 through 5, inclusive,
                          Defendants.
25
26
27
28

─────────────────────────────────────
                    STIPULATION TO CONTINUE DATES

733774

Plaintiffs Lynn Slovin, Samuel Katz, Jeffrey Price, and Justin Birkhofer ("Plaintiffs") and Defendants Sunrun Inc. and Clean Energy Experts, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the Case Management Conference was held in this matter on November 14, 2016 and a Case Management and Pretrial Order issued setting deadlines for the motion for class certification; the exchange of expert reports; and a settlement conference (Dkt. No. 70);

WHEREAS the Court scheduled a settlement conference with Magistrate Judge Maria-Elena James for February 14, 2017 and an ADR compliance deadline of February 24, 2017 (Dkt. No. 71);

WHEREAS, at the end of January 2017, Defendants produced their call detail records;

WHEREAS Plaintiffs sought to postpone the February 14, 2017 settlement conference to obtain additional time for Plaintiffs' expert to analyze these call detail records and Defendants agreed not to oppose any postponement;

WHEREAS when Plaintiffs sought to postpone the settlement conference to March 2017, the Honorable Maria-Elena James had no availability until May 2017 and the Deputy Clerk to the Honorable James vacated the February 14, 2017 settlement conference (Dkt. No. 82);

WHEREAS the parties sought to proceed with ADR prior to May 2017 and have secured a private mediation with Hon. Edward Infante (Ret.) scheduled for March 7, 2017;

WHEREAS the parties have diligently engaged in discovery, including having taken multiple depositions in February 2017 and have additional depositions scheduled for the end of February 2017 and in March 2017;

WHEREAS the parties believe that they will engage in additional discovery through Spring of 2017 and that a short continuance of the current deadlines in this matter is warranted and will increase the likelihood that any future settlement conference will be successful;

IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the current deadlines set in this matter be vacated and re-set as follows:

| Event | Original Deadline | Requested Deadline |
|-------|-------------------|--------------------|
| Settlement Conference Completion Date | February 14, 2017 | March 7, 2017 (Scheduled date with Hon. J. Infante) |
| ADR Compliance Filing | February 24, 2017 | March 14, 2017 |
| ADR Compliance Hearing | March 3, 2017 at 9:01 a.m. | TBD |
| Plaintiff Expert Report Due | March 31, 2017 | May 26, 2017 |
| Defendant Expert Report Due | May 1, 2017 | June 26, 2017 |
| Rebuttal Expert Reports | May 22, 2017 | July 17, 2017 |
| Deadline to File Class Certification Motion | July 3, 2017 | August 28, 2017 |
| Class Certification Hearing | August 8, 2017 | October 3, 2017 or such other date convenient with the Court |

DATED:  February 24, 2017          PARISI & HAVENS LLP
                                        David C. Parisi
                                        Suzanne Havens Beckman

                                   PARASMO LIEBERMAN LAW
                                        Yitzchak H. Lieberman

                                   By:    /s/ David C. Parisi
                                        David C. Parisi
                                        Attorneys for Plaintiffs


DATED:  February 24, 2017          KELLEY DRYE & WARREN LLP
                                        Lauri A. Mazzuchetti
                                        Edward Mullins
                                        Lee S. Brenner
                                        Catherine D. Lee

                                   By:    /s/ Lauri A. Mazzuchetti
                                        Lauri A. Mazzuchetti
                                        Attorneys for Defendants Sunrun Inc. and
                                        Clean Energy Experts, LLC

2
STIPULATION TO CONTINUE DATES

1    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on

2 whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the

3 filing of this stipulation.

4

5 DATED:  February 24, 2017                    PARISI & HAVENS LLP
                                                 David C. Parisi
6                                                Suzanne Havens Beckman

7                                              PARASMO LIEBERMAN LAW
8                                                Yitzchak H. Lieberman

9
                                               By:   /s/ David C. Parisi
10                                                   David C. Parisi
                                               Attorneys for Plaintiffs
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION TO CONTINUE DATES

733774