UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, ET AL., <br> Plaintiffs, <br> v. <br> SUNRUN, INC., et al., <br> Defendants. | Case No.15-cv-05340-YGR (JSC) <br><br> **ORDER RE: PLAINTIFFS' DISCOVERY LETTER BRIEF** <br> Re: Dkt. Nos. 94, &, 96 |

The Court is in receipt of Plaintiffs' discovery letter brief regarding interrogatory responses and Defendants separately filed response thereto. (Dkt. Nos. 94 & 96.) The Court VACATES the discovery hearing set for May 16, 2017 and DENIES Plaintiffs' motion to compel further interrogatory responses without prejudice.

The parties are ordered to meet and confer **in person** prior to filing any further discovery letter briefs with the Court. If the parties meet and confer efforts are unsuccessful, the party seeking to compel discovery shall provide the other party with their portion of a joint discovery letter brief within business hours. The other party shall have three business days to provide the other side within business hours a responsive portion of the joint discovery letter brief. The moving party may then add a short reply, without changing the substance of their initial portion of the joint letter brief, and shall file the joint letter brief by the close of business the following business day. If either party contends that the other side is failing to meet and confer or provide their portion of a joint discovery letter brief in good faith, that party may file a unilateral discovery letter brief, but it **must be supported by a declaration attesting to counsel's good faith efforts to meet and confer and comply with this Order**.

This Order disposes of Docket Nos. 94 & 96.

**IT IS SO ORDERED.**

Dated: May 15, 2017

                                                                  JACQUELINE SCOTT CORLEY
                                                                  United States Magistrate Judge