1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

6 **LYNN SLOVIN, SAMUEL KATZ AND JEFFERY** **Case No.: 15-CV-5340 YGR**
  **PRICE,** individually and on behalf of all others
7 similarly situated, **ORDER GRANTING IN PART STIPULATION RE:**
  **PLAINTIFFS' MOTION FOR LEAVE TO FILE**
8          **Plaintiffs,** **FOURTH AMENDED COMPLAINT AND**
  **VACATING HEARING ON MOTION**
9      v.
  **DKT. NO. 153**
10 **SUNRUN, INC., CLEAN ENERGY EXPERTS,**
  **LLC, DBA SOLAR AMERICA, AND DOES 1**
11 **THROUGH 5,**

12          **Defendants.**

13

14      The Court having considered the stipulation of the parties regarding the hearing date on

15 plaintiffs' Motion for Leave to File Fourth Amended Complaint, the stipulation is **GRANTED IN**

16 **PART** as follows:

17      The Court **VACATES** the hearing currently set for November 7, 2017.   Should the Court

18 determine a hearing is necessary, the parties will be notified of a new date.

19      **IT IS SO ORDERED**.

20 Date: October 27, 2017      _____

21                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**
22

23

24

25

26

27

28

United States District Court
Northern District of California