**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive,<br><br>　　　　　　　Defendants. | Case No. 4:15-cv-05340-YGR<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION VACATING PENDING HEARING DATES, WITHDRAWING PENDING MOTION, AND SETTING FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL**<br><br>TAC Filed:　　July 12, 2016<br>Trial Date:　　None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, upon consideration of the parties' Stipulation Vacating Pending Hearing Dates, Withdrawing Pending Motion, And Setting Filing Date For Motion For Preliminary Approval, hereby finds good cause to ORDER the following:

The parties' Stipulation is GRANTED.

The Court (1) vacates the June 12, 2018 hearing date on Plaintiffs' Motion for Class Certification, as well as the Parties' deadlines to file the motion for class certification, file an opposition to the motion and file a reply in support of the motion; (2) notes that Plaintiffs' pending motion for leave to file an amended complaint (Dkt. No. 138); (b) Plaintiffs' Administrative Motions to File Supporting Document Re: Reply in Support of Motion for Leave to Amend Under Seal (Dkt. 151); and (c) to File Response to Objection to Reply Evidence (Dkt. 157) are withdrawn without prejudice to refiling; and (3) sets a filing deadline of July 10, 2018 for Plaintiffs to file a Motion for Preliminary Approval. Should the parties have any disputes related to the settlement in principle which they cannot resolve on their own, they may contact Magistrate Judge Corley for her assistance.

IT IS SO ORDERED.

DATED: April 16, 2018

_____
Hon. Yvonne Gonzalez Rogers