# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05340-YGR<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUING FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL FOR 30 DAYS**<br><br>DKT. NO. 181 |

The Court, upon consideration of the parties' Joint Stipulation to Continue the Filing Date for Plaintiff's Motion for Preliminary Approval (Dkt. No. 181), and good cause appearing, **ORDERS** as follows:

The parties' Joint Stipulation is GRANTED.

Plaintiffs' deadline to file any motion for Preliminary Approval is extended to August 9, 2018.

**IT IS SO ORDERED.**

DATED:__June 28, 2018__

Hon. Yvonne Gonzalez Rogers
District Court Judge