| | |
|---|---|
| 1 | KELLEY DRYE & WARREN LLP |
| | Lauri A. Mazzuchetti (*pro hac vice*) |
| 2 | Glenn T. Graham (*pro hac vice*) |
| | One Jefferson Road, 2nd Floor |
| 3 | Parsippany, New Jersey 07054 |
| | Telephone: (973) 503-5900 |
| 4 | Facsimile:  (973) 503-5950 |
| | lmazzuchetti@kelleydrye.com |
| 5 | ggraham@kelleydyre.com |

*Attorneys for Defendants Sunrun Inc. Inc. and Clean Energy Experts, LLC*

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer, on their own behalf, and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated, | Case No. 4:15-cv-05340-YGR |
| | (Hon. Yvonne Gonzalez Rogers) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL** |
| v. | |
| SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive, | *[Joint Stipulation filed concurrently herewith]* |
| Defendants. | |

[PROPOSED] ORDER

1  The Court, upon consideration of the parties' Joint Stipulation to Continue the Filing Date
2  for Plaintiff's Motion for Preliminary Approval, hereby finds good cause to ORDER the
3  following:
4  The parties' Joint Stipulation is GRANTED.
5  Plaintiffs' deadline to file any motion for Preliminary Approval shall be extended to
6  September 13, 2018.
7  **IT IS SO ORDERED.**

10  DATED: August 29, 2018

   _____
   Hon. Yvonne Gonzalez Rogers
   District Court Judge