KELLEY DRYE & WARREN LLP
 Lauri A. Mazzuchetti (*pro hac vice*)
 Glenn T. Graham (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900
Facsimile:   (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydyre.com

*Attorneys for Defendants Sunrun Inc. Inc. and Clean Energy Experts, LLC*

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer, on their own behalf, and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05340-YGR<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL**<br>AS MODIFIED BY THE COURT |

[PROPOSED] ORDER

1       The Court, upon consideration of the parties' Joint Stipulation to Continue the Filing Date

2 for Plaintiff's Motion for Preliminary Approval, hereby finds good cause to ORDER the

3 following:

4       The parties' Joint Stipulation is GRANTED.

5       Plaintiffs' deadline to file any motion for Preliminary Approval shall be extended to

6 September 27, 2018. No further extensions will be granted absent evidence of extraordinary circumstances or personal appearance by lead counsel.

7 **IT IS SO ORDERED.**

10 DATED: September 12, 2018

11                             Hon. Yvonne Gonzalez Rogers
                              District Court Judge