David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer, on their own behalf, and on behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1-5, inclusive, <br><br> Defendants. | No. 4:15-cv-05340-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** <br><br> Date:     November 27, 2018 <br> Time:    2:00 p.m. <br> Location: Courtroom 1 <br>             Ronald V. Dellums Federal Bldg. <br>             1301 Clay Street <br>             Oakland, California 94612 |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 27, 2018 (or on any other date the Court may set) at 2:00 p.m., in Courtroom 1 in the Ronald V. Dellums Federal Building at 1301 Clay Street, Oakland, California 94612, before the Honorable Judge Yvonne Gonzalez Rogers, Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer (collectively, "Plaintiffs") will and hereby do move for preliminary approval of the class settlement with Defendants Sunrun, Inc. and Clean Energy Experts, LLC (collectively "Defendants") under Rule 23(c) and (e) of the Federal Rules of Civil Procedure for entry of the submitted order which: (1) appoints Plaintiffs as the representatives of the Settlement Class; (2) appoints Class Counsel; (3) preliminarily approves the attached Settlement Agreement as fair, reasonable, and adequate; (4) approves the Settlement Agreement's provisions for providing notice to the Settlement Class; (5) sets deadlines for Settlement Class Members to opt out and object, for Plaintiffs and Class Counsel to file their application for attorney's fees, costs, and service award, and for the parties to file for final approval of the settlement; and (6) schedule a final approval hearing.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the authorities cited therein and the supporting declarations, the attached Settlement Agreement, the Notice (including Website Notice, Direct Mail and Email Notice), and the proposed Orders for Preliminary and Final Approval, the oral argument of counsel, and any other matter that may be submitted at the hearing. Further, this Motion is made on the grounds that the Settlement Agreement is the product of arm's-length, good-faith negotiations; is fair, reasonable, and adequate to the Settlement Class, and should be preliminarily approved, as discussed in the attached memorandum.

Dated: September 27, 2018        By:   /s/David C. Parisi
                                                                David C. Parisi (162248)
                                                                Suzanne Havens Beckman (188814)
                                                                 PARISI & HAVENS LLP
                                                                 212 Marine Street, Suite 100
                                                                 Santa Monica, California 90405
                                                                 (818) 990-1299 (telephone)

(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile:  (877) 501-3346

Ethan Preston
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone:  (972) 564-8340
Facsimile:    (866) 509-1197
ep@eplaw.us

Alan Himmelfarb
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd.  # 304
Sierra Madre, California 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer on their own behalf, and on behalf of all others similarly situated