PUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/27/18 | **Time:** 2:00pm-2:32pm and 2:49pm,-2:55pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-05340-YGR | **Case Name:** Slovin v. Sunrun, Inc. | |

**Attorney for Plaintiff:** Grace Parasmo, David Parisi, Suzanne Beckman and Yitzchak Lieberman
**Attorney for Defendant:** Lauri Mazzuchetti

**Deputy Clerk:** Frances Stone         **Court Reporter:** Diane Skillman

## PROCEEDINGS

Plaintiff Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 189]-HELD and SUBMITTED


**Order to be prepared by: COURT**