PARISI & HAVENS LLP
David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852
dcparisi@parisihavens.com
shavens@parisihavens.com

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, Justin Birkhofer on their own behalf, and on behalf of all others similarly situated*

KELLEY DRYE & WARREN LLP
Lauri A. Mazzuchetti (*pro hac vice*)
Jeffrey S. Jacobson (*pro hac vice*)
Glenn T. Graham (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile:   (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendants Sunrun Inc. Inc. and Clean Energy Experts, LLC*

[other counsel in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05340-YGR<br><br>(Hon. Yvonne Gonzalez Rogers)<br>ORDER GRANTING **STIPULATION TO DISMISS ONLY THE SECOND CLAIM FOR RELIEF UNDER THE TELEPHONE CONSUMER PROTECTION ACT AND THE FIFTH CLAIM FOR RELIEF FOR VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT**<br><br>**[FRCP Rule (a)(1)(A)(ii)]**<br><br>TAC Filed: July 12, 2016<br>Trial Date: None Set |

STIPULATION TO DISMISS CLAIMS

Plaintiffs Lynn Slovin, Samuel Katz, Jeffrey Price, and Justin Birkhofer ("Plaintiffs") and Defendants Sunrun, Inc. and Clean Energy Experts, LLC ("Defendants") (collectively, the "Parties"), pursuant to FRCP Rule 41(a)(1)(A)(ii), do hereby STIPULATE AND AGREE to dismiss with prejudice the following two claims from Plaintiffs' operative Third Amended Complaint ("Complaint") ONLY:

1. The Second Claim for Relief for Violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(B), based on alleged prerecorded calls to landlines; and
2. The Fifth Claim for Relief for Violations of the Consumer Legal Remedies Act.

Such dismissal is without prejudice to the absent class members that Plaintiffs sought to represent as to these claims. All other claims alleged in the Complaint will remain at issue.

DATED: January 11, 2019

KELLEY DRYE & WARREN LLP
   Lauri A. Mazzuchetti
   Jeffrey S. Jacobson
   Lee S. Brenner
   Glenn T. Graham

By: /s/Lauri A. Mazzuchetti
   Lauri A. Mazzuchetti
Attorneys for Defendants Sunrun Inc. and Clean Energy Experts, LLC

DATED: January 11, 2019

PARISI & HAVENS LLP
   David C. Parisi
   Suzanne Havens Beckman

PARASMO LIEBERMAN LAW
   Yitzchak H. Lieberman
   Grace Parasmo

By: /s/Suzanne Havens Beckman
   Suzanne Havens Beckman
Attorneys for Plaintiffs

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: January 11, 2019

PARISI & HAVENS LLP
David C. Parisi
Suzanne Havens Beckman

By: /s/Suzanne Havens Beckman
　　　Suzanne Havens Beckman
Attorneys for Plaintiffs

ORDER

Pursuant to stipulation, the Second Claim for Relief for Violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(B), based on alleged prerecorded calls to landlines; and the Fifth Claim for Relief for Violations of the Consumer Legal Remedies Act are DISMISSED WITHOUT PREJUDICE as to the absent class members.

IT IS SO ORDERED.
Dated: January 29, 2019

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE