UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVETTE BRYANT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLEAN ENERGY EXPERTS, LLC,<br><br>    Defendant. | Case No. 19-cv-00460-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Dkt. Nos. 19, 20 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Gonzalez Rogers for consideration of whether the case is related to *Slovin v. Sunrun, Inc.*, Case No. 4:15-cv-05340-YGR.

The case management conference in *Bryant v. Clean Energy Experts, LLC*, is continued to April 23, 2019, the updated joint case management statement is due by April 16, 2019, and the parties' stipulation to extend the time for Clean Energy Experts to respond to the Complaint is granted. *See* Dkt. Nos. 19-20.

**IT IS SO ORDERED.**

Dated: March 25, 2019

VINCE CHHABRIA
United States District Judge