David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer, on their own behalf, and on behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1-5, inclusive,<br><br>Defendants. | No. 4:15-cv-05340-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS AND CLASS REPRESENTATIVES' SERVICE AWARDS**<br><br>Date: July 9, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 1<br>Ronald V. Dellums Fed. Bldg.<br>1301 Clay Street<br>Oakland, California 94612 |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 9, 2019 at 2:00 p.m., in Courtroom 1 in the Ronald V. Dellums Federal Building at 1301 Clay Street, Oakland, California 94612, before the Honorable Judge Yvonne Gonzalez Rogers, Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer ("Plaintiffs") will and hereby do move for (1) an award of attorneys' fees of $1.9 million; (2) reimbursement of $470,610.87 in litigation costs; and (3) $40,000.00 service awards to each of the four named Plaintiffs.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion and the authorities cited therein, the supporting declarations of David C. Parisi, Grace Parasmo, Alan Himmelfarb, Ethan Preston, and Plaintiffs Samuel Katz, Lynn Slovin, Jeffery Price and Justin Birkhofer; the records and file in this action; and on such other matters as may be presented before or at the hearing of the motion.

Dated: April 5, 2019

By:  /s/David C. Parisi
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile:  (877) 501-3346

Ethan Preston
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone:  (972) 564-8340
Facsimile:   (866) 509-1197
ep@eplaw.us

Alan Himmelfarb
THE LAW OFFICES OF ALAN HIMMELFARB
80 W. Sierra Madre Blvd.  # 304
Sierra Madre, California 91024
Telephone: (626) 325-3104
consumerlaw1@earthlink.net

Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer on their own behalf, and on behalf of all others similarly situated