David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer, on their own behalf, and on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1-5, inclusive,<br><br>Defendants. | No. 4:15-cv-05340-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      July 9, 2019<br>Time:     2:00 p.m.<br>Location: Courtroom 1<br>               Ronald V. Dellums Federal Bldg.<br>               1301 Clay Street<br>               Oakland, California 94612 |

# NOTICE OF MOTION FOR FINAL APPROVAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 9, 2019 (or on any other date the Court may set) at 2:00 p.m., in Courtroom 1 in the Ronald V. Dellums Federal Building at 1301 Clay Street, Oakland, California 94612, before the Honorable Judge Yvonne Gonzalez Rogers, Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer (collectively, "Plaintiffs") will and hereby do move for final approval of the class settlement with Defendants Sunrun, Inc. and Clean Energy Experts, LLC (collectively "Defendants") under Rule 23(c) and (e) of the Federal Rules of Civil Procedure.

On January 29, 2019, the Court determined, on a preliminary basis, that the parties' settlement was fair, reasonable, and adequate to the class, consistent with Rule 23(e). Dkt. No. 196. Notice has now been given and the overwhelmingly positive response received from the class – to date, no objections have been received and over 36,000 valid claims have been made – only serves to further confirm the validity of the Settlement.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the authorities cited therein and the supporting declarations. This Motion is also made on the grounds that the Settlement Agreement, which is attached as Exhibit 1 to the Preliminary Approval Order, is the product of arm's-length, good-faith negotiations; is fair, reasonable, and adequate to the Settlement Class, and should be finally approved, as discussed in the attached memorandum. *See* ECF No. 196, Exh. 1, Settlement Agreement ("Agreement"), as modified by the Amendment to the Settlement Agreement, ECF No. 196, Exh. 2.

Dated: June 18, 2019        By:        /s/David C. Parisi
                                       David C. Parisi (162248)
                                       Suzanne Havens Beckman (188814)
                                       PARISI & HAVENS LLP
                                       212 Marine Street, Suite 100
                                       Santa Monica, California 90405
                                       (818) 990-1299 (telephone)
                                       (818) 501-7852 (facsimile)
                                       dcparisi@parisihavens.com

shavens@parisihavens.com

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
Grace E. Parasmo (SBN 308993)
gparasmo@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile:  (877) 501-3346

Attorneys for Plaintiffs Lynn Slovin, Samuel Katz, Jeffery Price, and Justin Birkhofer on their own behalf, and on behalf of all others similarly situated