David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, CA 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

*Attorneys for Plaintiffs Lynn Slovin, Samuel Katz,
Jeffery Price, and Justin Birkhofer, on their own
behalf, and on behalf of all others
similarly situated*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN SLOVIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN, INC., a California corporation, CLEAN ENERGY EXPERTS, LLC, a California limited liability company doing business as SOLAR AMERICA, and DOES 1-5, inclusive,<br><br>Defendants. | **Case No. 4:15-cv-05340-YGR**<br><br>**DECLARATION OF YITZCHAK H. LIEBERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Date:        July 9, 2019<br>Time:       2:00 p.m.<br>Location:  Courtroom 1<br>                Ronald V. Dellums Fed. Bldg.<br>                1301 Clay Street<br>                Oakland, California 94612 |

I, Yitzchak H. Lieberman, declare as follows:

1.      I am a partner in the law firm of Parasmo Lieberman Law and am responsible for the handling of this litigation at the Firm.  I am counsel of record for Plaintiffs Lynn Slovin, Jeffery Price, Samuel Katz, and Justin Birkhofer.  I am a member in good standing of the Bars of the States of California and New York.  I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement.  I have personal knowledge of the facts set forth in this Declaration and could testify competently to them if called upon to do so.

2.      On March 18, 2019, a letter sent to the Court by Mark Lessner, a settlement class member, was entered on the docket as "OBJECTIONS re settlement from Mark Lessner." (Dkt. No. 200)

3.      Upon reading the letter, it appeared that Mark Lessner may not have intended to object to the settlement but rather, was writing the Court as "an objector to the unauthorized telephone calls." *See id.*

4.      On March 24, 2019, I contacted and spoke with Mark Lessner.  Dr. Lessner confirmed his intent was not to object to the settlement, but rather to file a claim to object to the unauthorized telephone calls he received.  Dr. Lessner stated that "it would be a blessing" if I would assist him in filling out a claim form, which I subsequently did.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 18, 2019 at Los Angeles, California.


      /s/Yitzchak H. Lieberman
        Yitzchak H. Lieberman